In the Matter of the Claim of LOUIS BINDER, Appellant, against CITY OF NEW YORK, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of IRVING BRACHMAN, Petitioner, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Respondents.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of VICTORIA BRADY, Respondent, against F. A. TRUCKING Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of ROY COOPER, Petitioner, against LEE B. MAILLER, as Chairman of Board of Parole of the State of New York, et al., Respondents.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of CHARLES CORNICK, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Application of CONSTANCE E. COOK, Admitted to Practice under the Name of CONSTANCE K. T. EBERHARDT, an Attorney.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NAPOLEON FOWLER, Appellant. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.